## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| **CHANTAL MILES**<br>**4002 Hanson Oaks Drive**<br>**Hyattsville, MD 20784**<br><br>                    **Plaintiff,**<br>  vs.<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**600 Fifth Street, N.W.**<br>**Washington, D.C. 20001**<br><br>                    **Defendant.** | Case No.: cal20-188880 |

## NOTICE OF REMOVAL TO FEDERAL COURT

TO THE CLERK:   Please note that this matter has been removed to the United States District Court for Maryland.   Please see the attached Notice of Removal, filed with the District Court.

Date: February 3, 2021

                                                Respectfully submitted,

                                                WASHINGTON METROPOLITAN AREA
                                                TRANSIT AUTHORITY
                                                By counsel

                                          By:  _____
                                                Donna L. Gaffney, #16299
                                                Office of the General Counsel
                                                600 Fifth Street, N.W.
                                                Washington, D.C. 20001
                                                202.962.2721
                                                202.962.2550 (fax)
                                                dlgaffney@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Removal to Federal Court** was mailed, postage prepaid, on February 3, 2021, to:

Richard L. Jaklitsch, Esq.
The Jaklitsch Law Group
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
*Attorneys for Plaintiff*

                                                  Donna L. Gaffney