IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

CHANTAL MILES
4002 Hanson Oaks Drive
Hyattsville, Maryland 20784

    Plaintiff

v.    Case No.: CAL20-18880

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY
Serve: General Counsel
600 5th Street
Northwest, Washington D.C. 20001

    Defendant

Service Copy

## COMPLAINT

Plaintiff, Chantal Miles, by her attorney, Richard L. Jaklitsch, hereby files suit against the Defendant, Washington Metropolitan Area Transit Authority, and for reasons, states as follows:

### INTRODUCTION

1. On or about June 30, 2019, Plaintiff, Chantal Miles, was the operator of a vehicle stopped in the left lane in traffic.

2. At that same time and place, a vehicle driven by the Defendant, Washington Metropolitan Area Transit Authority, had been traveling directly behind the Plaintiff, when said Defendant rear-ended Plaintiff's vehicle.

3. At all times relevant herein, the Plaintiff, Chantal Miles, was exercising due care, and was free of negligence.

### COUNT I

4. Plaintiff, Chantal Miles, realleges the facts and allegations set forth in

AKLITSCH LAW GROUP
350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
(301) 627-8700

the Introduction, and further states as follows:

    5. The negligence of the Defendant, Washington Metropolitan Area Transit Authority, was the proximate cause of the accident in that said Defendant negligently operated their vehicle at a speed too great for the conditions existing, negligently failed to keep proper control of their vehicle, negligently failed to keep a proper lookout for other vehicles, and was otherwise careless and negligent, thereby causing a collision with the motor vehicle owned and operated by the Plaintiff.

    6. As a result of the negligence of said Defendant, Washington Metropolitan Area Transit Authority, Plaintiff did suffer great pain and permanent injury, mental anguish, loss of income, property damage, and other damages, and has incurred and in the future will incur medical expense.

    WHEREFORE, Plaintiff, Chantal Miles, demands judgment against said Defendant in a sum over and above Seventy-Five Thousand Dollars ($75,000.00).

THE JAKLITSCH LAW GROUP

Richard L. Jaklitsch, JA3074
CPF#: 8312010222
Attorney for Plaintiff
14350 Old Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 627-8700
(301) 627-6070 (fax)
rick@thejaklitschlawgroup.com    /bkb

## DEMAND FOR JURY TRIAL

Plaintiff demands Trial by Jury on all issues herein.

_____  /bkb
Richard L. Jaklitsch

KLITSCH LAW GROUP
150 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772

(301) 627-8700